IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SERGIO VASQUEZ-TORRES, aka<br>JAMIE CEJA,<br><br>        Plaintiff,<br><br>v.<br><br>RICHMOND COUNTY SHERIFF'S DEPT;<br>JOEL DANKO, DEA-Task Force;<br>RONALD STRENGTH, Sheriff,<br>Richmond County; and ASHLEY WRIGHT,<br>District Attorney,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 116-020 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 58.) Plaintiff's objections were filed on January 17, 2017, but because they were unsigned, the Court sent the unsigned objections back to Plaintiff, and extended the period for objections to January 31, 2017. (Doc. no. 60.) The time for objections has expired, and Plaintiff has not submitted signed objections to the Magistrate Judge's R&R.

Rule 11(a) of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the

attorney's name-or by a party personally if the party is unrepresented." Loc. R. 11.1 also requires that all papers presented for filing be signed by an attorney, or if a party is proceeding *pro se*, by the party. Although *pro se* litigants are afforded leniency in the construction of their filings, they are required to conform to procedural rules. Loren v. Sasser, 309 F.3d 1296, 1304 (11th Cir. 2002); see also Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a *pro se* litigant is in court, he is subject to the relevant law and rules of court. . . ."). Because Plaintiff's objections are not signed, they are in violation of the Federal Rules of Civil Procedure as well as the Local Rules of this Court, and the Court need not consider them.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motions to dismiss (doc. nos. 11, 15, 27, 37), **DISMISSES** Defendant Strength for Plaintiff's failure to timely effect service, **DENIES** Plaintiff's motions for default judgment and for judicial notice (doc. nos. 22, 39), **ENTERS** final judgment in favor of Defendants, and **CLOSES** this civil action.[1]

SO ORDERED this 16th day of February, 2017, at Augusta, Georgia.

---

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to mail this order to Plaintiff at his present place of incarceration, McDuffie County Jail, 751 Public Safety Drive, Thomson, Georgia 30824.